1224

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig. COLORADO *v.* NEW MEXICO ET AL., 467 U. S. 310;

No. 82–432. LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. *v.* CROWLEY ET AL., 467 U. S. 526;

No. 82–1643. INTERSTATE COMMERCE COMMISSION ET AL. *v.* AMERICAN TRUCKING ASSNS., INC., ET AL., 467 U. S. 354;

No. 83–904. OHIO *v.* JOHNSON, 467 U. S. 493;

No. 83–1067. MADDOX *v.* UNITED STATES, 467 U. S. 1214;

No. 83–1261. LYDDAN *v.* UNITED STATES, 467 U. S. 1214;

No. 83–1578. MERRITT *v.* GEORGIA, 467 U. S. 1241;

No. 83–1588. CRAMER *v.* STATE BAR OF MICHIGAN ET AL., 466 U. S. 974;

No. 83–1614. GOTTFRIED ET AL. *v.* UNITED STATES ET AL., 467 U. S. 1252;

No. 83–1731. COHRAN *v.* STATE BAR OF GEORGIA, 467 U. S. 1223;

No. 83–1769. BURCHE *v.* WALTERS ET AL., 467 U. S. 1242;

No. 83–1806. MCANLIS *v.* UNITED STATES ET AL., 467 U. S. 1227;

No. 83–1810. MILLER *v.* PORT OF ILWACO ET AL., 467 U. S. 1243;

No. 83–5088. GILBERT *v.* SOUTH CAROLINA, 467 U. S. 1220;

No. 83–5092. GLEATON *v.* AIKEN, WARDEN, ET AL., 467 U. S. 1220;

No. 83–5148. HIGH *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 467 U. S. 1220;

No. 83–6090. BERRYHILL *v.* FRANCIS, WARDEN, 467 U. S. 1220;

No. 83–6614. TILLIS *v.* COOKE ET AL., 467 U. S. 1244;

No. 83–6626. COLLINS *v.* WESTERN ELECTRIC CO., INC., 467 U. S. 1254; and

No. 83–6627. ALERS *v.* PUERTO RICO ET AL., 467 U. S. 1230. Petitions for rehearing denied.

No. 83–5716. CORN *v.* ZANT, WARDEN, 467 U. S. 1220. Petition for rehearing denied. JUSTICE POWELL would defer action